# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  §  Case No. 15-03880-PSH
  §
Exatone Inc.  §
  §
  §
     Debtor  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/05/2015. The undersigned trustee was appointed on 03/13/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $20,050.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $2,887.89 |
   | Bank service fees | $138.69 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $17,023.42 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/28/2015 and the deadline for filing government claims was 12/28/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,755.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,755.00, for a total compensation of $2,755.00[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $159.82, for total expenses of $159.82.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/30/2016                              By:   /s/ David P. Leibowitz
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

Page No: 1

Case 15-03880   Doc 38   Filed 07/29/16   Entered 07/29/16 15:23:32   Desc Main
Document   Page 3 of 13

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit A

ASSET CASES

| Case No.: | 15-03880-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | EXATONE INC. | | Date Filed (f) or Converted (c): | 02/05/2015 (f) |
| For the Period Ending: | 6/30/2016 | | §341(a) Meeting Date: | 04/29/2015 |
| | | | Claims Bar Date: | 12/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | checking account at Citibank | $114.00 | $114.00 | | $0.00 | FA |
| 2 | checking account at Greenchoice (now Providence Bank and Trust) used for payroll - currently closed for lack of funds | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account used as operating account at Green Choice Bank (now Providence Bank and Trust) | $60.55 | $60.55 | | $0.00 | FA |
| 4 | Accounts Receivable owed by K-Five Construction, c/o George Krug, Jr. Reg. Agent, 13769 Main St., Lemont, IL 60439. Debtor has attempted to collect on the accounts receivable and has met with no success. | $60,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2005 Dodge Ram Truck w/ Hemi engine. Mileage on vehicle is over 200,000 miles and is currently inoperable due to a locked engine. Vehicle was purchased in an as-is condition. | $863.00 | $0.00 | | $0.00 | FA |
| 6 | 2006 Ford Model F-350 XL Super Duty Flat Bed Truck | $1,789.00 | $5,000.00 | | $2,100.00 | FA |
| | **Asset Notes:**   Sold at Heath Industrial auction | | | | | |
| 7 | 2000 International Series 4700 DT466E Flat Bed Utility Truck | $9,500.00 | $7,500.00 | | $5,100.00 | FA |
| | **Asset Notes:**   Sold at Heath Industrial auction | | | | | |
| 8 | 1996 International Series 4700 DT466E Epoxy Application Flat Bed Utility Truck | $9,000.00 | $8,000.00 | | $5,100.00 | FA |
| | **Asset Notes:**   Sold at Heath Industrial auction | | | | | |
| 9 | 2012 JRC Custom Trailer | $1,250.00 | $1,750.00 | | $500.00 | FA |
| | **Asset Notes:**   Sold at Heath Industrial auction | | | | | |
| 10 | laptop computer | $150.00 | $0.00 | | $0.00 | FA |
| 11 | Rope, hand liners, and misc. equipment | $5,000.00 | $11,000.00 | | $5,825.00 | FA |
| | **Asset Notes:**   The only items in this category were two hand liners, MRL Model 250 MCS Walk Behind Thermoplastic Applicators, appraised at $11,000 and sold at the Heath Industrial auction for $5,825. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-03880-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | EXATONE INC. | Date Filed (f) or Converted (c): | 02/05/2015 (f) |
| For the Period Ending: | 6/30/2016 | §341(a) Meeting Date: | 04/29/2015 |
| | | Claims Bar Date: | 12/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 12 Lot of several skids containing approx. 140 boxes of Ennis Stimsonite model 96 raised reflector markers and approx. 15 boxes Ennis Stimsonite model C40 reflective road markers (u) | $0.00 | $1,500.00 | | $1,425.00 | FA |

**Asset Notes:** sold at Heath Industrial auction

**TOTALS (Excluding unknown value)**                                                                       **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $87,726.55 | $34,924.55 | $20,050.00 | $0.00 |

**Major Activities affecting case closing:**

06/20/2016      auction completed - check tax status - file TFR

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/31/2016 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2016 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit B

| Case No. | 15-03880-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | EXATONE INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9328 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/5/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2015 | | Heath Industrial Auction | Proceeds from Auction Sale - $3214.61 will be applied to IDES Secured Claim #1 | * | $20,050.00 | | $20,050.00 |
| | {6} | | auction proceeds  $2,100.00 | 1129-000 | | | $20,050.00 |
| | {8} | | auction proceeds  $5,100.00 | 1129-000 | | | $20,050.00 |
| | {9} | | auction proceeds  $500.00 | 1129-000 | | | $20,050.00 |
| | {11} | | auction proceeds  $5,825.00 | 1129-000 | | | $20,050.00 |
| | {12} | | auction proceeds  $1,425.00 | 1229-000 | | | $20,050.00 |
| | {7} | | auction proceeds  $5,100.00 | 1129-000 | | | $20,050.00 |
| 12/11/2015 | 3001 | Heath Industrial Auction Services, Inc. | Reimbursement of Expenses for conducting auction. Dkt 32 | 3620-000 | | $1,637.89 | $18,412.11 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $18.78 | $18,393.33 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $32.32 | $18,361.01 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $28.48 | $18,332.53 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $29.58 | $18,302.95 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $29.53 | $18,273.42 |
| 05/02/2016 | 3002 | Heath Industrial | Appraisal fee - Approved dkt 35 | 3711-000 | | $1,250.00 | $17,023.42 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $26.84 | $16,996.58 |
| 06/01/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($26.84) | $17,023.42 |
| | | | **TOTALS:** | | $20,050.00 | $3,026.58 | $17,023.42 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,050.00 | $3,026.58 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,050.00 | $3,026.58 | |

| For the period of 2/5/2015 to 6/30/2016 | | For the entire history of the account between 12/10/2015 to 6/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,050.00 | Total Compensable Receipts: | $20,050.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,050.00 | Total Comp/Non Comp Receipts: | $20,050.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,026.58 | Total Compensable Disbursements: | $3,026.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,026.58 | Total Comp/Non Comp Disbursements: | $3,026.58 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit B

| Case No. | 15-03880-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | EXATONE INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9328 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/5/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,050.00 | $3,026.58 | $17,023.42 |

**For the period of 2/5/2015 to 6/30/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $20,050.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,050.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,026.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,026.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/05/2015 to 6/30/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $20,050.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,050.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,026.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,026.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 15-03880-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | EXATONE INC. | | | | | | | | Date: 6/30/2016 |
| Claims Bar Date: | 12/28/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $159.82 | $0.00 | $0.00 | $0.00 | $159.82 |
| | DAVID P LEIBOWITZ<br><br>53 W. Jackson Blvd.<br>Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $2,755.00 | $0.00 | $0.00 | $0.00 | $2,755.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $4,667.50 | $0.00 | $0.00 | $0.00 | $4,667.50 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $89.43 | $0.00 | $0.00 | $0.00 | $89.43 |
| | POPOWCER KATTEN, LTD.<br><br>35 E. Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,504.50 | $0.00 | $0.00 | $0.00 | $1,504.50 |
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br><br>Bankruptcy Unit - 10th Floor<br>33 South State Street<br>Chicago IL 60603 | State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | Allowed | 4800-000 | $3,214.61 | $0.00 | $0.00 | $0.00 | $3,214.61 |

**Claim Notes:** .

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1a | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>Bankruptcy Unit - 10th Floor<br>33 South State Street<br>Chicago IL 60603 | Claims of Governmental Units | Allowed | 5800-000 | $1,916.64 | $0.00 | $0.00 | $0.00 | $1,916.64 |

| Case No.: | 15-03880-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | EXATONE INC. | | | | | | | | Date: 6/30/2016 |
| Claims Bar Date: | 12/28/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1b | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br><br>Bankruptcy Unit - 10th Floor<br>33 South State Street<br>Chicago IL 60603 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $90.00 | $0.00 | $0.00 | $0.00 | $90.00 |
| 2 | ENNIS PAINT, INC<br><br>c/o NCS<br>729 Miner Road<br>Highland Heights, Ohio | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $93,131.24 | $0.00 | $0.00 | $0.00 | $93,131.24 |
| 3 | INTERNAL REVENUE SERVICE<br><br>PO Box 7317<br>Philadelphia PA 19101-7317 | Claims of Governmental Units | Allowed | 5800-000 | $36,421.52 | $0.00 | $0.00 | $0.00 | $36,421.52 |
| 3a | INTERNAL REVENUE SERVICE<br><br>PO Box 7317<br>Philadelphia PA 19101-7317 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $18,886.92 | $0.00 | $0.00 | $0.00 | $18,886.92 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $1,989.93 | $0.00 | $0.00 | $0.00 | $1,989.93 |
| 4a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $723.93 | $0.00 | $0.00 | $0.00 | $723.93 |
| 5 | LABORERS' PENSION FUND AND WELFARE FUNDS<br><br>Office of Fund Counsel<br>c/o Amy Carollo<br>111 W. Jackson, Suite 1415<br>Chicago IL 60604 | Contributions to Employee Benefit Plans | Allowed | 5400-000 | $1,646.24 | $0.00 | $0.00 | $0.00 | $1,646.24 |

| **Case No.** | 15-03880-PSH | | | | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | EXATONE INC. | | | | | | | | **Date:** 6/30/2016 |
| **Claims Bar Date:** | 12/28/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5a | LABORERS' PENSION FUND AND WELFARE FUNDS<br>Office of Fund Counsel<br>c/o Amy Carollo<br>111 W. Jackson, Suite 1415<br>Chicago IL 60604 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $137,945.98 | $0.00 | $0.00 | $0.00 | $137,945.98 |
| 6 | PLATTE RIVER INSURANCE COMPANY<br>C/O JOMAX RECOVERY SERVICES<br>14100 N 83RD AVE STE 235<br>PEORIA AZ 85381 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,628.66 | $0.00 | $0.00 | $0.00 | $5,628.66 |
| 7 | K-FIVE CONSTRUCTION CORPORATION<br>c/o Collins & Collins<br>8 S. Michigan Ave., Suite 1414<br>Chicago IL 60603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,307.60 | $0.00 | $0.00 | $0.00 | $12,307.60 |
| | | | | | **$323,079.52** | **$0.00** | **$0.00** | **$0.00** | **$323,079.52** |

| Case No. | 15-03880-PSH | Trustee Name: David Leibowitz |
| Case Name: | EXATONE INC. | Date: 6/30/2016 |
| Claims Bar Date: | 12/28/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,504.50 | $1,504.50 | $0.00 | $0.00 | $0.00 | $1,504.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $89.43 | $89.43 | $0.00 | $0.00 | $0.00 | $89.43 |
| Attorney for Trustee Fees (Trustee Firm) | $4,667.50 | $4,667.50 | $0.00 | $0.00 | $0.00 | $4,667.50 |
| Claims of Governmental Units | $40,328.09 | $40,328.09 | $0.00 | $0.00 | $0.00 | $40,328.09 |
| Contributions to Employee Benefit Plans | $1,646.24 | $1,646.24 | $0.00 | $0.00 | $0.00 | $1,646.24 |
| Fines, Penalties § 726(a)(4) | $813.93 | $813.93 | $0.00 | $0.00 | $0.00 | $813.93 |
| General Unsecured § 726(a)(2) | $267,900.40 | $267,900.40 | $0.00 | $0.00 | $0.00 | $267,900.40 |
| State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | $3,214.61 | $3,214.61 | $0.00 | $0.00 | $0.00 | $3,214.61 |
| Trustee Compensation | $2,755.00 | $2,755.00 | $0.00 | $0.00 | $0.00 | $2,755.00 |
| Trustee Expenses | $159.82 | $159.82 | $0.00 | $0.00 | $0.00 | $159.82 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     15-03880-PSH
Case Name:    Exatone Inc.
Trustee Name: David P. Leibowitz

Balance on hand:     $17,023.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $3,214.61 | $3,214.61 | $0.00 | $3,214.61 |

Total to be paid to secured creditors:     $3,214.61
Remaining balance:     $13,808.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P LEIBOWITZ, Trustee Fees | $2,755.00 | $0.00 | $2,755.00 |
| David P. Leibowitz, Trustee Expenses | $159.82 | $0.00 | $159.82 |
| Lakelaw, Attorney for Trustee Fees | $4,667.50 | $0.00 | $4,667.50 |
| Lakelaw, Attorney for Trustee Expenses | $89.43 | $0.00 | $89.43 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $1,504.50 | $0.00 | $1,504.50 |

Total to be paid for chapter 7 administrative expenses:     $9,176.25
Remaining balance:     $4,632.56

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $4,632.56

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $41,974.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Illinois Department of Employment Security | $1,916.64 | $0.00 | $141.92 |
| 3 | Internal Revenue Service | $36,421.52 | $0.00 | $2,697.04 |
| 4 | Illinois Department of Revenue | $1,989.93 | $0.00 | $147.36 |
| 5 | Laborers' Pension Fund and Welfare Funds | $1,646.24 | $0.00 | $1,646.24 |

Total to be paid to priority claims:     $4,632.56
Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $267,900.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Ennis Paint, Inc | $93,131.24 | $0.00 | $0.00 |
| 3a | Internal Revenue Service | $18,886.92 | $0.00 | $0.00 |
| 5a | Laborers' Pension Fund and Welfare Funds | $137,945.98 | $0.00 | $0.00 |
| 6 | PLATTE RIVER INSURANCE COMPANY | $5,628.66 | $0.00 | $0.00 |
| 7 | K-Five Construction Corporation | $12,307.60 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims

**UST Form 101-7-TFR (5/1/2011)**

have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $813.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1b | Illinois Department of Employment Security | $90.00 | $0.00 | $0.00 |
| 4a | Illinois Department of Revenue | $723.93 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**