# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Exatone Inc., | ) | Bankruptcy No. 15 B 03880 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 1, 2016, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: August 1, 2016                           /s/ Rachel A. Leibowitz
                                                        Legal Assistant

Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, Illinois 60604
847.249.9100

## SERVICE LIST

Illinois Department of Employment Security
33 South State Street - Bankruptcy Unit - 10th flr.
Chicago, Illinois 60603

Ennis Paint, Inc
c/o NCS
729 Miner Road
Highland Heights, Ohio  44143

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

Laborers' Pension Fund and Welfare Funds
Office of Fund Counsel
c/o Amy Carollo
111 W. Jackson, Suite 1415
Chicago, IL 60604

PLATTE RIVER INSURANCE COMPANY
C/O JOMAX RECOVERY SERVICES
14100 N 83RD AVE, STE 235
PEORIA, AZ 85381

K-Five Construction Corporation
c/o Collins & Collins
8 S. Michigan Ave., Suite 1414
Chicago, IL 60603

Exatone Inc.
4250 N Marine Dr.
Suite 2822
Chicago, IL 60613

Thomas W. Lynch*
Thomas W. Lynch & Associates PC
9231 S. Roberts Rd.
Hickory Hills, IL 60457

United States Trustee Patrick S. Layng*
Office of the United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604