**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-03880-PSH |
| | § | |
| Exatone Inc. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $61,187.55 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $7,847.17 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $12,202.83 | | |

3)       Total gross receipts of $20,050.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $20,050.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,000.00 | $3,214.61 | $3,214.61 | $3,214.61 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $12,202.83 | $12,202.83 | $12,202.83 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $43,502.41 | $41,974.33 | $41,974.33 | $4,632.56 |
| General Unsecured Claims (from **Exhibit 7**) | $414,885.04 | $268,714.33 | $268,714.33 | $0.00 |
| **Total Disbursements** | $463,387.45 | $326,106.10 | $326,106.10 | $20,050.00 |

4). This case was originally filed under chapter 7 on 02/05/2015. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2016         By:   /s/ David P. Leibowitz

                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1996 International Series 4700 DT466E Epoxy Application Flat Bed Utility Truck | 1129-000 | $5,100.00 |
| 2000 International Series 4700 DT466E Flat Bed Utility Truck | 1129-000 | $5,100.00 |
| 2006 Ford Model F-350 XL Super Duty Flat Bed Truck | 1129-000 | $2,100.00 |
| 2012 JRC Custom Trailer | 1129-000 | $500.00 |
| Rope, hand liners, and misc. equipment | 1129-000 | $5,825.00 |
| Lot of several skids containing approx. 140 boxes of Ennis Stimsonite model 96 raised reflector markers and approx. 15 b | 1229-000 | $1,425.00 |
| **TOTAL GROSS RECEIPTS** | | $20,050.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 4800-000 | $5,000.00 | $3,214.61 | $3,214.61 | $3,214.61 |
| **TOTAL SECURED CLAIMS** | | | $5,000.00 | $3,214.61 | $3,214.61 | $3,214.61 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P LEIBOWITZ, Trustee | 2100-000 | NA | $2,755.00 | $2,755.00 | $2,755.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $159.82 | $159.82 | $159.82 |
| Green Bank | 2600-000 | NA | $138.69 | $138.69 | $138.69 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $4,667.50 | $4,667.50 | $4,667.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $89.43 | $89.43 | $89.43 |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3410-000 | NA | $1,504.50 | $1,504.50 | $1,504.50 |
| Heath Industrial | 3620-000 | NA | $1,637.89 | $1,637.89 | $1,637.89 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Auction Services, Inc., Auctioneer for Trustee | | | | | | |
| Heath Industrial , Appraiser for Trustee | 3711-000 | | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $12,202.83 | $12,202.83 | $12,202.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Illinois Department of Employment Security | 5800-000 | $0.00 | $1,916.64 | $1,916.64 | $141.92 |
| 3 | Internal Revenue Service | 5800-000 | $43,502.41 | $36,421.52 | $36,421.52 | $2,697.04 |
| 4 | Illinois Department of Revenue | 5800-000 | $0.00 | $1,989.93 | $1,989.93 | $147.36 |
| 5 | Laborers' Pension Fund and Welfare Funds | 5400-000 | $0.00 | $1,646.24 | $1,646.24 | $1,646.24 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $43,502.41 | $41,974.33 | $41,974.33 | $4,632.56 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1b | Illinois Department of Employment Security | 7300-000 | $4,965.87 | $90.00 | $90.00 | $0.00 |
| 2 | Ennis Paint, Inc | 7100-000 | $112,586.66 | $93,131.24 | $93,131.24 | $0.00 |
| 3a | Internal Revenue Service | 7100-000 | $0.00 | $18,886.92 | $18,886.92 | $0.00 |
| 4a | Illinois Department of Revenue | 7300-000 | $0.00 | $723.93 | $723.93 | $0.00 |
| 5a | Laborers' Pension Fund and Welfare Funds | 7100-000 | $0.00 | $137,945.98 | $137,945.98 | $0.00 |
| 6 | PLATTE RIVER INSURANCE COMPANY | 7100-000 | $0.00 | $5,628.66 | $5,628.66 | $0.00 |
| 7 | K-Five Construction | 7100-000 | $0.00 | $12,307.60 | $12,307.60 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Corporation | | | | | |
| Balboa Capital | 7100-000 | $3,694.04 | $0.00 | $0.00 | $0.00 |
| Capitol Insurance Companies | 7100-000 | $3,750.00 | $0.00 | $0.00 | $0.00 |
| Chief Procurement Office | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Continental Casualty Com | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| Country Financial | 7100-000 | $9,091.58 | $0.00 | $0.00 | $0.00 |
| Financial Pacific Leasing | 7100-000 | $61,414.78 | $0.00 | $0.00 | $0.00 |
| Illinois DOT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Laborers' Pension Fund | 7100-000 | $85,000.00 | $0.00 | $0.00 | $0.00 |
| Platt River Insurance Company | 7100-000 | $125,382.11 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $414,885.04 | $268,714.33 | $268,714.33 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| | |
|---|---|
| **Case No.:** 15-03880-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** EXATONE INC. | **Date Filed (f) or Converted (c):** 02/05/2015 (f) |
| **For the Period Ending:** 10/14/2016 | **§341(a) Meeting Date:** 04/29/2015 |
| | **Claims Bar Date:** 12/28/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | checking account at Citibank | $114.00 | $114.00 | | $0.00 | FA |
| 2 | checking account at Greenchoice (now Providence Bank and Trust) used for payroll - currently closed for lack of funds | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account used as operating account at Green Choice Bank (now Providence Bank and Trust) | $60.55 | $60.55 | | $0.00 | FA |
| 4 | Accounts Receivable owed by K-Five Construction, c/o George Krug, Jr. Reg. Agent, 13769 Main St., Lemont, IL 60439. Debtor has attempted to collect on the accounts receivable and has met with no success. | $60,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2005 Dodge Ram Truck w/ Hemi engine. Mileage on vehicle is over 200,000 miles and is currently inoperable due to a locked engine. Vehicle was purchased in an as-is condition. | $863.00 | $0.00 | | $0.00 | FA |
| 6 | 2006 Ford Model F-350 XL Super Duty Flat Bed Truck | $1,789.00 | $5,000.00 | | $2,100.00 | FA |
| **Asset Notes:** | Sold at Heath Industrial auction | | | | | |
| 7 | 2000 International Series 4700 DT466E Flat Bed Utility Truck | $9,500.00 | $7,500.00 | | $5,100.00 | FA |
| **Asset Notes:** | Sold at Heath Industrial auction | | | | | |
| 8 | 1996 International Series 4700 DT466E Epoxy Application Flat Bed Utility Truck | $9,000.00 | $8,000.00 | | $5,100.00 | FA |
| **Asset Notes:** | Sold at Heath Industrial auction | | | | | |
| 9 | 2012 JRC Custom Trailer | $1,250.00 | $1,750.00 | | $500.00 | FA |
| **Asset Notes:** | Sold at Heath Industrial auction | | | | | |
| 10 | laptop computer | $150.00 | $0.00 | | $0.00 | FA |
| 11 | Rope, hand liners, and misc. equipment | $5,000.00 | $11,000.00 | | $5,825.00 | FA |
| **Asset Notes:** | The only items in this category were two hand liners, MRL Model 250 MCS Walk Behind Thermoplastic Applicators, appraised at $11,000 and sold at the Heath Industrial auction for $5,825. | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2         Exhibit 8

| | |
|---|---|
| **Case No.:** | 15-03880-PSH |
| **Case Name:** | EXATONE INC. |
| **For the Period Ending:** | 10/14/2016 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 02/05/2015 (f) |
| **§341(a) Meeting Date:** | 04/29/2015 |
| **Claims Bar Date:** | 12/28/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| 12 | Lot of several skids containing approx. 140 boxes of Ennis Stimsonite model 96 raised reflector markers and approx. 15 boxes Ennis Stimsonite model C40 reflective road markers **(u)** | $0.00 | $1,500.00 | | $1,425.00 | FA |
| **Asset Notes:** | sold at Heath Industrial auction | | | | | |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $87,726.55 | $34,924.55 | | $20,050.00 | $0.00 |

**Major Activities affecting case closing:**

06/20/2016    2016 Reporting Period:

TFR submitted to the UST 6/30/16.

**Initial Projected Date Of Final Report (TFR):**   08/31/2016        **Current Projected Date Of Final Report (TFR):**   06/30/2016        /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

Page No: 1          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 15-03880-PSH | **Trustee Name:** | David Leibowitz |
| **Case Name:** | EXATONE INC. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9328 | **Checking Acct #:** | ******8001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 2/5/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/14/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
|---|---|---|---|---|---|---|---|
| 12/11/2015 | | Heath Industrial Auction | Proceeds from Auction Sale - $3214.61 will be applied to IDES Secured Claim #1 | * | $20,050.00 | | $20,050.00 |
| | {6} | | auction proceeds $2,100.00 | 1129-000 | | | $20,050.00 |
| | {8} | | auction proceeds $5,100.00 | 1129-000 | | | $20,050.00 |
| | {9} | | auction proceeds $500.00 | 1129-000 | | | $20,050.00 |
| | {11} | | auction proceeds $5,825.00 | 1129-000 | | | $20,050.00 |
| | {12} | | auction proceeds $1,425.00 | 1229-000 | | | $20,050.00 |
| | {7} | | auction proceeds $5,100.00 | 1129-000 | | | $20,050.00 |
| 12/11/2015 | 3001 | Heath Industrial Auction Services, Inc. | Reimbursement of Expenses for conducting auction. Dkt 32 | 3620-000 | | $1,637.89 | $18,412.11 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $18.78 | $18,393.33 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $32.32 | $18,361.01 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $28.48 | $18,332.53 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $29.58 | $18,302.95 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $29.53 | $18,273.42 |
| 05/02/2016 | 3002 | Heath Industrial | Appraisal fee - Approved dkt 35 | 3711-000 | | $1,250.00 | $17,023.42 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $26.84 | $16,996.58 |
| 06/01/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($26.84) | $17,023.42 |
| 08/23/2016 | 3003 | Lakelaw | Amount Claimed: 89.43;  Distribution Dividend: 100.00; Claim #: ; Dividend: 0.52; Amount Allowed: 89.43; Notes: ; | 3120-000 | | $89.43 | $16,933.99 |
| 08/23/2016 | 3004 | Lakelaw | Amount Claimed: 4,667.50;  Distribution Dividend: 100.00; Claim #: ; Dividend: 27.41; Amount Allowed: 4,667.50; Notes: ; | 3110-000 | | $4,667.50 | $12,266.49 |
| 08/23/2016 | 3005 | DAVID P LEIBOWITZ | Trustee Compensation | 2100-000 | | $2,755.00 | $9,511.49 |
| 08/23/2016 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $159.82 | $9,351.67 |
| 08/23/2016 | 3007 | POPOWCER KATTEN, LTD. | Amount Claimed: 1,504.50;  Distribution Dividend: 100.00; Claim #: ; Dividend: 8.83; Amount Allowed: 1,504.50; Notes: ; | 3410-000 | | $1,504.50 | $7,847.17 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **SUBTOTALS** | | $20,050.00 | $12,202.83 | |

FORM 2                                                                                    Page No: 2        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-03880-PSH | |
| **Case Name:** | EXATONE INC. | |
| **Primary Taxpayer ID #:** | **-***9328 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/5/2015 | |
| **For Period Ending:** | 10/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******8001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/23/2016 | 3008 | Illinois Department of Employment Security | Amount Claimed: 3,214.61;   Distribution Dividend: 100.00; Claim #: 1; Dividend: 18.88; Amount Allowed: 3,214.61; Notes: .; | 4800-000 | | $3,214.61 | $4,632.56 |
| 08/23/2016 | 3009 | Laborers' Pension Fund and Welfare Funds | Amount Claimed: 1,646.24;   Distribution Dividend: 100.00; Claim #: 5; Dividend: 9.67; Amount Allowed: 1,646.24; Notes: ; | 5400-000 | | $1,646.24 | $2,986.32 |
| 08/23/2016 | 3010 | Illinois Department of Employment Security | Amount Claimed: 1,916.64;   Distribution Dividend: 7.41; Claim #: 1; Dividend: 0.83; Amount Allowed: 1,916.64; Notes: ; | 5800-000 | | $141.92 | $2,844.40 |
| 08/23/2016 | 3011 | Internal Revenue Service | Amount Claimed: 36,421.52;   Distribution Dividend: 7.41; Claim #: 3; Dividend: 15.84; Amount Allowed: 36,421.52; Notes: ; | 5800-000 | | $2,697.04 | $147.36 |
| 08/23/2016 | 3012 | Illinois Department of Revenue | Amount Claimed: 1,989.93;   Distribution Dividend: 7.41; Claim #: 4; Dividend: 0.86; Amount Allowed: 1,989.93; Notes: ; | 5800-000 | | $147.36 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | $20,050.00 | $20,050.00 | $0.00 |
| | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | **Subtotal** | $20,050.00 | $20,050.00 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $20,050.00 | $20,050.00 | |

| **For the period of 2/5/2015 to 10/14/2016** | | **For the entire history of the account between 12/10/2015 to 10/14/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,050.00 | Total Compensable Receipts: | $20,050.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,050.00 | Total Comp/Non Comp Receipts: | $20,050.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,050.00 | Total Compensable Disbursements: | $20,050.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,050.00 | Total Comp/Non Comp Disbursements: | $20,050.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-03880-PSH | |
| **Case Name:** | EXATONE INC. | |
| **Primary Taxpayer ID #:** | **-***9328 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/5/2015 | |
| **For Period Ending:** | 10/14/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******8001 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $20,050.00 | $20,050.00 | $0.00 |

**For the period of 2/5/2015 to 10/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $20,050.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,050.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,050.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,050.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/05/2015 to 10/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $20,050.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,050.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,050.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,050.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ